

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-19-00576-CR

George Oscar **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6904
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

On February 4, 2020, appellant filed a motion to recalculate the due date for filing appellant's brief, stating the reporter's record on file in this court was not yet complete. On February 19, 2020, the final outstanding volume of the reporter's record was filed in this court and notice of the filing was sent to all counsel of record. Accordingly, appellant's motion is DENIED AS MOOT. Appellant's brief is due thirty (30) days from the date the final volume of the reporter's record was filed—March 20, 2020. *See* TEX. R. APP. P. 38.6(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court